CASES DISPOSED OF WITHOUT OPINION.

W. T. MERCER *v.* J. R. DAVIS, *et al.,* from New Hanover. L. V. Grady for plaintiff; H. McClammy and Iredell Meares for defendants.   Per Curiam affirmed.

STATE *v.* S. ROBINSON, from Brunswick.   Attorney-General and Brown Shepherd for the State.   No counsel *contra.* Per Curiam affirmed.

WRIGHT EDWARDS *v.* LUMBER Co., from Bladen.   C. C. Lyon for plaintiff; J. B. Schulken and D. J. Lewis for defendant.   Per Curiam affirmed.   DOUGLAS, J., dissenting.

STATE *v.* GEORGE CURRIE, from Montgomery.   Attorney-General for State.   No counsel *contra.* Per Curiam affirmed.

EMMA MACON *v.* A. & A. RAILROAD Co., from Randolph County.   J. T. Morehead and R. D. Douglas for plaintiff; Douglass & Simms, and Black & Adams for defendant.   Per Curiam affirmed.

G. S. DANIELS *v.* SOUTHERN RAILWAY Co., from Iredell. L. C. Caldwell for plaintiff; Geo. F. Bason for defendant. Motion of plaintiff to docket and dismiss defendant's appeal under Rule 17 allowed.   Motion of defendant to reinstate denied.

STATE *v.* A. L. STEVENSON, from Forsyth.   Attorney-General for State; Holton & Alexander, and Spencer Blackburn for defendant.   Per Curiam affirmed.

W. E. HANDY, *et al. v.* FARMERS' MUTUAL FIRE INSURANCE Co., from Wilkes.   Finley & Green for plaintiffs; W. W. Barber for defendant.   Per Curiam affirmed.

STATE *v.* CHAS. CROWE, from Watauga.   Attorney-General for State; E. F. Lovill for defendant.   Per Curiam affirmed.

HENKLE, CRAIG & Co. *v.* SOUTHERN RAILWAY Co., from